In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-03-00048-CV


______________________________




IN THE MATTER OF THE MARRIAGE OF


FRANCES MARIE McCLURE AND


MALCOLM WRIGHT McCLURE AND


IN THE INTEREST OF


PATRICK JOE McCLURE, A MINOR CHILD



 


On Appeal from the 300th Judicial District Court


Brazoria County, Texas


Trial Court No. 19778*RH02




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Justice Ross



MEMORANDUM OPINION


 Frances Marie McClure has filed a notice of appeal from the division of property in
her divorce from Malcolm Wright McClure. The judgment was signed February 3, 2003. 
The clerk's record is required in an appeal, and it was due on or before April 4, 2003. The
clerk's record has not been filed. Appellant is not indigent and is thus responsible for
paying or making adequate arrangements to pay the clerk's fees for preparing the record. 
See Tex. R. App. P. 37.3(b).

 On May 5, 2003, we contacted counsel by letter to provide notice and an opportunity
to cure the defect, directing him to respond on or before May 15, and warning him that, if
we did not receive an adequate response by that date, the appeal would be dismissed for
want of prosecution. See Tex. R. App. P. 42.3(b), (c).

 Counsel has not contacted this Court. The clerk's record has not been filed, and the
district clerk's office has informed our clerk that no arrangements have been made to pay
for its preparation.

 The appeal is dismissed. 


 Donald R. Ross

 Justice


Date Submitted: May 28, 2003

Date Decided: May 29, 2003



hideWhenUsed="false" QFormat="true" Name="Normal"/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00146-CR

                                                ______________________________

 

 

                            VIRGLE WAYNE GRANBERRY,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the Sixth
Judicial District Court

                                                             Lamar County, Texas

                                                            Trial
Court No. 23820

 

                                                          
                                        

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Virgle Wayne
Granberry has filed a pro se notice of appeal from his conviction for aggravated
sexual assault of a disabled person.  On
our review of the clerks record, we noted that the trial courts certification
of right of appeal stated that this was a plea agreement case and that Granberry
has no right of appeal.  

            Unless a
certification, showing that a defendant has the right of appeal, is in the
record, we must dismiss the appeal. 
See Tex. R. App. P.
25.2(d).  

            Because the
trial courts certification affirmatively shows Granberry has no right of
appeal, and because the record before us does not reflect that the
certification is incorrect, see Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005), we must dismiss the appeal.

            We
dismiss the appeal for want of jurisdiction. 


 

 

 

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

 

Date Submitted:          August
2, 2011           

Date Decided:             August
3, 2011

 

Do Not Publish